UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-cv-24456-JAL

RAUL P. ROQUE,
and other similarly situated individuals,

  Plaintiff(s),

v.

RESTAURANT COLLECTION, INC.,
a Florida Profit Corporation,
R.F. RESTAURANTS, INC.,
a Florida Profit Corporation,
DENNY'S, INC.,
a Foreign Profit Corporation,
and ALFONSO FERNANDEZ, individually,

  Defendant(s).
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties in the above-styled action have settled this matter in its entirety. Accordingly, no hearing will be necessary. Additionally, the parties request ten business (10) days to file the Joint Motion for Approval of Settlement.

Dated: December 28, 2015

Respectfully submitted by,

_____
Anthony M. Georges-Pierre, Esq.
Florida Bar No. 533637
Rainier Regueiro, Esq.
Florida Bar No. 115578
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler St., Suite 2200
Miami, FL 33130
Telephone: 305-416-500

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on December 28, 2015 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Rene J. Gonzalez-Llorens  
Shutts & Bowen LLP  
200 S. Biscayne Boulevard, Suite 4100  
Miami, FL 33131  
305-347-7337  
Fax: 305-347-7837  
Email: rgl@shutts.com

Lavern J. Wilson  
Ford & Harrison  
101 E Kennedy Boulevard  
Suite 900  
Tampa, FL 33602  
813-261-7800  
Email: lwilson@fordharrison.com

Todd Sidney Aidman  
Ford & Harrison  
101 E Kennedy Boulevard  
Suite 900  
Tampa, FL 33602  
813-261-7840  
Fax: 261-7899  
Email: taidman@fordharrison.com

                                              Anthony M. Georges-Pierre, Esq.  
                                              Florida Bar No. 533637  
                                              Rainier Regueiro, Esq.

                                              Florida Bar No. 115578